# Exhibit A

## Basis Prosecution Reading

**We, the government's assistant commissioner at the Military Court, Review,**

After reviewing the request No. 14281/2019, dated 9/13/2016 and its attachments,
And the preliminary investigations,
And the entire data of the file,
It appears that it was assigned to the defendant:

1- Amer Elias Fakhoury, his mother Josephine, a Lebanese, born in 1963, was detained in 9/17/2019 and still is.

2- Everyone who appears in the investigation.

That in Lebanese territories and outside of it, and at a date that did not pass the statute of limitations "the first, with all that appears in the investigation, made contact with the Israeli agents and entered the enemy's land without permission, and mobilized for the benefit of the enemy in Lahad Militia, and mobilized people to work for the enemy and to obtain the Israeli citizenship, and torture and killed Lebanese citizens", the crimes stipulated in Articles 285, 273, 278, and 49d from the Penal Code.

### As a result of the investigations, the following was revealed:

**First - In the facts:**

It was found that the defendant, Amer Elias Fakhoury, a Lebanese American, entered the Lebanese territories via Beirut airport on 9/04/2019 using an American passport (No. 64199608, issued on 6/15/2019), and the aforementioned passport has been withdrawn, and he was requested the obligation to attend at the General Directorate of Public Security in light of the availability of information about his affiliation with Lahd Army in the south as a military official in the Khiam Detention Center and his escape in the year 2000 to the occupied territories and his later departure to America using an Israeli passport.

It was found that the defendant, Al-Fakhoury, came willingly on 12/9/2019 to the Directorate and stated during his interrogation that he had joined the Lahd Army in 1982, affiliated with Israel, and underwent several military courses in the ranks of Lahad's army in the settlement of Kiryat Shimona inside the occupied territories and in the Majeediya area in Hasbaya, and that he was initially assigned as an assistant commanding officer of the Khiam area company with the rank of first sergeant, and his duties were limited to guarding and patrols and securing the protection of Lahad Army buildings. And that in 1986 he was and based on the decision of the executive authority in Israel, he was promoted to the rank of

Signed
Judge Kanaan

promote lieutenant and was appointed as **commander for Khiam Detainee** by the Commander of the South Lebanon Army, Major General Antoine Lahad, and during 1996 he was promoted to the rank of captain.  The defendant added that when the Lebanese were arrested by the aforementioned army and detained inside the Khiam detention camp, they were tortured with his knowledge by the interrogators through electric shocks in sensitive places of the body, and by hanging them on a pole in the middle of the outer courtyard and throwing cold water on them during the winter period, and by confining them in small-sized rooms, not exceeding one meter in length and width, and hitting them with different methods. He added that he used to meet periodically with Israeli officers along with officers in the Lahad Army in the officers' club, located at the time near the Marjayoun barracks, where they were discussing issues related to the mobilization of new Lebanese agents and the obligation to abide by the laws of the State of Israel, in addition to his weekly visits to the State of Israel in order to buy necessities and to shop. And that in the year 1994 an uprising took place inside the Khiam prison due to the detainees' demands to improve their conditions in terms of securing food, allowing their families to visit them, and holding them in solitary confinement, and subjecting them to torture, as the guards fired smoke bombs, which resulted in the death of one of the detainees as a result of inhaling the gases emitted by those bombs. And that from 1998 to 2000 he was assigned to work for the Lebanese Ali Al-Abdullah, head of the Khiam branch in the Military Intelligence, and his duties were limited to collecting information through agents and informants for the benefit of the State of Israel, specifically about the activities of the Lebanese resistance and its military plans, and that during the Israeli withdrawal from southern Lebanon he left for to Occupied Palestine, where he was granted a temporary Israeli identity card, then obtained an Israeli passport, according to which he left for America, specifically to Boston.

- And it turned out that in 18/9/2019, the Honorable the Military Investigation Judge, commissioned the Intelligence Directorate of the Lebanese Army to provide him with a comprehensive security study on the defendant, Al-Fakhouri, showing the date of his joining the so-called "South Lebanon Army" (Saad Haddad Militia / Antoine Lahad Militia) and the security and military missions entrusted to him, especially with regard to his work within the Khiam detention camp, and whether it included interrogation with detainees, and consequently the date he left this militia, and the date or dates of his entry into the enemy's country and the extent to which he acquired Israeli citizenship, and a statement of the full identity of the persons mentioned in his initial statement to the Security Investigation Department in the General Directorate of Public Security and the deposit of any available security information about them, especially in terms of the security or military missions they carried out for the benefit of the enemy, including their work inside the Khiam detention camp, the extent to which they acquired Israeli citizenship, and the extent of the presence of prosecutions against them before the military court.

Signed
Judge Kanaan

- And that on 10/19/2019, military investigative judge deposited the result of the aforementioned security study, in which it was summarized that the defendant Fakhoury joined the "Lahad Army" affiliated with the enemy in 1982 and attended several military courses and was promoted to the rank of captain according to the mentioned militia hierarchy and participated in the invasion of the year 1982. During the occupation, he was appointed as a secret officer in the Khiam detention center and in 6/2/1992, he became in charge of the camp, and at that time, he received the command from his cousin, agent Salam Jean Fakhoury until 1998. He was in full coordination with the enemy forces so that he was informing them about all the things that were happening in the prison, and he was constantly hesitating inside the occupied territories to inform the custodians of the conditions of the prison, and he traveled to the United States of America in the year 2001 to reside permanently.
  It was found that the defendant Fakhoury denied during the interrogation what was attributed to him and stated that he joined the Lahad army in 1982 and his duties were limited to protecting the prison from the outside and transferring prisoners from the prison to the hospital and vice versa and that he did not interrogate or torture the detainees, he also denied his acquisition of the Israeli passport, reassuring that he did not visit the occupied territories after leaving to the United States of America.
- And it turned out that the honorable military investigation judge had heard several witnesses who had given news to the aforementioned defendant and others in their capacity as liberated prisoners from Khiam camp and Lebanese citizens.
- And it turned out that the witness, Hassan Mahmoud Mawasi, stated that the defendant Fakhoury was among the interrogators and that he personally tortured him as well as other detainees.
- And it turned out that the witness, Sheikh Abdul-Hassan Ali Abdul Rashid Fayyad, stated that the defendant Fakhoury was the one who arrested him and that he was beaten in the detention center, which led to the removal of his eye.
- And it was found that the witness, Yasser Youssef Bazzi, stated that the defendant Fakhoury was the one in charge for all the torture activities on detainees.
- And it was found that the witness Ali Adel Jaber Bazzi stated that the defendant Fakhoury had interrogated him and that he had personally tortured him, which led to the removal of his right kidney, as well as the torture of other detainees.
- And it turned out that the witness, Khalil Qassem Hashem, stated that the defendant Fakhoury had interrogated him and that he had personally beaten him.
- And it was found that the witness, Afif Sharif Hammoud, stated that the defendant Fakhoury had interrogated him and that he had personally tortured him and his mother in front of his eyes.

Signed
Judge Kanaan

3

- And it turned out that the witness, Ahmed Musa Sorour, stated that the defendant Fakhoury was torturing the detainees, including the late Ali Abdullah Hamza, adding that he personally tortured him.
- And it was found that the witness, Muhammad Husayn Ramadan, said that the defendant Fakhoury had personally beaten him and had thrown smoke bombs, which led to the death of a number of detainees.  And it turned out that the witness Lafi Qassem Masri stated that the defendant Fakhoury had personally tortured and beaten him several times.
- And it was found that the witness Youssef Ali Turmus testified that the defendant Fakhoury had given orders for torturing him.
- And it was found that the witness, Jihad Hassan Hammoud, stated that the defendant Fakhoury was responsible for torturing the detainees.
- And it turned out that the witness, Ahmed Muhammad Talib, stated that the defendant Fakhoury was responsible for torturing the detainees, which led to the death of a number of them.
- And it turned out that the witness, Nabih Hussein Awada, stated that the defendant Fakhoury had threatened the detainees, including himself, with death.
- And it turned out that the witness, Abbas Abdel Moneim Qabalan, stated that the defendant Fakhoury had tortured and beat the detainees.
- And it was found that the witness, Anwar Muhammad Yassin, stated that the defendant Fakhoury had beaten and tortured the detainees, especially the detainee Abdullah Hamza.


**Second - In the evidence:**
These facts were supported by the following evidence:
1 - By preliminary and interrogative investigations.
2 - The confession of the defendant, Amer Elias Fakhoury, in the preliminary investigation stage, and his statements during the interrogation stage.
3- The testimony of witnesses.
4- The result of the security study.
5- The whole investigation.


**Third - In the law:**
As it is proven by the above facts and evidence that the defendant, Amer Elias Fakhoury, had began to flog as an agent of the Israeli enemy, to communicate with this enemy, and to enter to his country - that is, the enemy's country - without permission, to mobilize people to work

Signed
Judge Kanaan

4

for him, to obtain Israeli citizenship, and to detain the freedom of Lebanese and to torture them physically and mentally causing permanent disabilities to some of them and to the killing others;

And since his aforementioned actions apply in their descriptions to the felonies stipulated in Articles 273, 278, 569, 557 and 549 of the Penal Code and the misdemeanor stipulated in Article 285 of the Penal Code.

<div align="center"><strong>Therefore</strong>,</div>

**We ask the military investigative judge to:**

First - charge the defendant, Amer Elias Fakhoury with the felonies stipulated in Articles 273, 278, 569, 557, and 549 of the Penal Code, and to issue an arrest warrant against him, and suspect him of a misdemeanor stipulated and punishable under Article 285 from the Penal Code.

Second- make him pay all legal fees and expenses, and trying him before the permanent military court after the misdemeanor has been followed up with felonies for the reason of the association.

<div align="right"><strong>Judge Kanaan<br>Beirut 28/1/2020</strong></div>

| | هامش |
|---|---|

<div dir="rtl">

## مطالعة في الأساس

نحن مفوّض الحكومة المعاون لدى المحكمة العسكريّة

لدى التدقيق:

وبعد الإطّلاع على ورقة الطلب رقم ١٤٢٨١/٢٠١٩، تاريخ ٢٠١٩/٩/١٣ ومرفقاتها،

وعلى التحقيقات الأوليّة،

وعلى مجمل معطيات الملف،

تبيّن أنّه أسند إلى المدّعى عليه:

١- عامر الياس فاخوري، والدته جوزفين، لبنانية، من مواليد العام ١٩٦٣، أوقف وجاهيّاً في تاريخ ٢٠١٩/٩/١٧ ولا يزال موقوفاً.

٢- كل من يظهره التّحقيق.

*أنّه في الأراضـــي اللبنانيّة وخارجها وفي تاريخ لم يمرّ عليه الزّمن "أقدم الأول مع كلّ من يظهره التحقيق على إجراء تراصن مع العملاء الإسرائيليين ودخول بلاد العدو دون إذن وعلى التجنّد لصالح العدو في ميليشيا لحد وتجنيد أشخاص للعمل لصالح العدو والإبتصاص على الجنسية الإسرائيلية والتسبب بتعذيب وقتل لبنانيين"*، الجرائم المنصوص عنها في المواد ٢٨٥ و٢٧٣ و٢٧٨ و٥٤٩ عقوبات.

وبنتيجة التّحقيقات الاستطاقيّة تبيّن الآتي:

## أوّلاً - في الوقائع:

تبيّن أنّ المدعى عليه عامر الينس فاخوري، اللبناني الأميركي، دخل إلى الأراضـــي اللبنانية عبر مطار بيروت في تاريخ ٢٠١٩/٩/٤ بموجب جواز ســفر أميركي (رقمه ٥٤١٩٩٧٦٠٨ صادر في تاريخ ٢٠١٩/٦/١٥) وقد تمّ سحب جوازه المذكور وأفهم وجوب حضوره إلى المديرية العامة للأمن العام وذلك في ضــوء توفر معلومات عن إنتمائه إلى جيش لحد في الجنوب بصفة مسؤول عسكري في معتقل الخيام وفراره في العام ٢٠٠٠ إلى داخل الأراضي المحتلّة ثم مغادرته لاحقاً إلى أميركا بموجب جواز سفر إسرائيلي.

وتبيّن أنّ المدعى عليه الفاخوري حضر في تاريخ ٢٠١٩/٩/١٢ إلى المديرية العامة للأمن العام وأدلى بمعرض التحقيق معه بأنّه التحق في العام ١٩٨٢ بجيش لحد التابع لدولة إسرائيل وخضع لعدة دورات عسكرية في صفوف جيش لحد في مستوطنة كرينت

</div>

| | هامش |
|---|---|

شمونة داخل الأراضــي المحتلة وفي منطقة المجيدية في حاصـبيا وأنّه كلّف بدايةً بصفة

مساعد آمر سرية منطقة الخيام برتبة رقيب أول واقتصرت مهامه على الحراسة والدوريات

وتأمين حماية المباني التابعة لجيش لحد. وأنّه في العام ١٩٨٦ وبناءً على قرار الســلطة

التنفيذية في إسرائيل تمّت ترقيته الى رتبة ملازم وعيّن بصفة آمر معتقل الخيام من قبل قائد

جيش لبنان الجنوبي اللواء الركن أنطوان لحد وخلال العام ١٩٩٦ تمّت ترقيته لرتبة نقيب.

وأضــاف المدعى عليه بأنّه لدى إعتقال اللبنانيين من قبل الجيش المذكور وإحتجازهم داخل

معتقل الخيام كان يتمّ تعذيبهم بعلمه من قبل المحققين عبر صـــعقهم بالكهرباء في أماكن

حســاسة من الجسد، وتعليقهم على عامود في وسط الباحة الخارجية ورمي المياه الباردة

عليهم خلال فترة الشــتاء، وحجزهم في غرف صـغيرة الحجم لا يتعدى طولها وعرضـها

المتر الواحد وضـربهم بأساليب مختلفة. وأردف بأنّه كان يجتمع بشـكل دوري مع ضباط

إســرائليين إلى جانب ضــباط في جيش لحد في نادي الضــباط الكائن حينها قرب ثكنة

مرجعيون حيث كانوا يتداولون في مواضــيع تتعلّق بتجنيد عملاء لبنانيين جدد وبوجوب

التقيّد بقوانين دولة إسرائيل بالإضــافة إلى قيامه بالتردد أسـبوعياً إلى داخل دولة إسرائيل

بهدف شراء الحاجيات والتسوّق. وأنّه في العام ١٩٩٤ حصلت إنتفاضة داخل معتقل الخيام

بسبب مطالبة الموقوفين بتحسين أوضاعهم لناحية تأمين الطعام والسماح بزيارة ذويهم لهم

وإحتجازهم في الغرف الإنفرادية وتعرّضهم للتعذيب حيث قام العناصـر المولجة بالحراسة

بإطلاق قنابل دخانية نتج عنه وفاة أحد الموقوفين من جراء تنشـقه للغازات المنبعثة من تلك

القنابل. وأنّه من العام ١٩٩٨ لغاية العام ٢٠٠٠ كلّف بالعمل لدى اللبناني علي العبد الله،

رئيس فرع الخيام في المخابرات العسـكرية، واقتصــرت مهامه على جمع المعلومات عبر

عملاء ومخبرين لصـالح دولة إسرائيل وتحديداً عن نشـاطات المقاومة اللبنانية ومخططاتها

العسكرية وأنّه ابّان الانسحاب الإسرائيلي من جنوب لبنان غادر إلى داخل فلسطين المحتلة

حيث منح بطاقة هوية إسرائيلية مؤقتة ثم استحصل على جواز سفر إسرائيلي غادر بموجبه

إلى أميركا وتحديداً إلى بوسطن.

- وتبيّن أنّه في تاريخ ٢٠١٩/٩/١٨ قرّر حضـرة قاضـي التحقيق العسكري تكليف

مديرية المخابرات في الجيش اللبناني بتزويده بدراســـة أمنية شـــاملة عن المدعى عليه

الفاخوري تبيّن تاريخ إنضـوائه ضـمن ما كان يسمى "جيش لبنان الجنوبي" (ميليشيا سعد

حداد/ميليشـــيا أنطوان لحد) والمهام الأمنية والعسـكرية التي أوكلت له، لاسـيما فيما يتعلق

بعمله ضـمن معتقل الخيام، وما إذا كان يشمل التحقيق مع المعتقلين، وتالياً تاريخ تركه لهذه

الميليشـــيا، وتاريخ أو تواريخ دخوله بلاد العدو ومدى اكتســابه للجنسـية الإسـرائيلية وبيان

هامش

كامل هويـة الأشـــخـاص الوارد ذكرهم في إفادتـه الأوّليـة لـدى دائرة التحقيق الأمني في المديرية العامة للأمن العام وإيداع أية معلومات أمنية متوافرة عنهم لاسـيما لناحية المهمات الأمنية أو العسـكرية التي قاموا بها لصــالـح العدو بما فيها عملهم داخل معتقل الخيام ومدى اكتسابهم للجنسية الإسرائيلية ومدى وجود ملاحقات بحقهم امام القضاء العسكري.

وتبيّن أنّه في تاريخ ٢٠١٩/١٠/١٩ تمّ إيداع حضرة قاضي التحقيق العسكري نتيجة الدراسة الأمنية المذكورة وقد جاء فيها ما ملخّصه أنّ المدعى عليه فاخوري التحق ب"جيش لحد" التابع للعدو في العام ١٩٨٢ وتابع دورات عسـكرية عدة وتدرّج في الترقية حتى رتبة نقيب وفقاً لتراتبية الميليشـــيا المذكورة وشـــارك في اجتياح العام ١٩٨٢ وعيّن خلال فترة الاحتلال بوظيفة آمر سـرية في معتقل الخيام وفي تاريخ ١٩٩٢/٢/٦ أصـبح مسـؤولاً عن المعتقل وحينها تسلّم الإمرة من ابن عمه العميل سلام جان فاخوري لغاية العام ١٩٩٨ وكان يقوم بالتنسيق التام مع قوات العدو بحيث كان يبلغها عن الأمور كافة التي كانت تحصل في المعتقل وكان يتردد باسـتمرار إلى داخل الأراضـي المحتلة لإطلاع القيّمين على أوضـــاع المعتقل. وسافر إلى الولايات المتحدة الأميركية في العام ٢٠٠١ للإقامة بصورة دائمة.

وتبيّن أنّ المدعى عليه فاخوري أنكر خلال التحقيق الإستنطاقي ما نسب إليه وأدلى بأنّه التحق بجيش لحد في العام ١٩٨٢ وكانت مهامه تقتصـر على حماية السجن من الخارج ونقل السجناء من السـجن إلى المستشفى والعكس ولم يقم بمهام التحقيق أو تعذيب المعتقلين كما أنكر حيازته للجنسية الإسرائيلية مؤكداً عدم زيارته للأراضي المحتلة بعد مغادرته منها إلى الولايات المتحدة الأميركية.

وتبيّن أنّ حضـرة قاضـي التحقيق العسـكري قد اسـتمع لعدة شـهود كانوا قد قدّموا إخباراً في وجه المدعى عليه المذكور وآخرين بصــفتهم أسـرى محرّرين من مخيم الخيام ومواطنين لبنانيين.

وتبيّن أنّ الشاهد حسن محمود مواسي أدلى بأنّ المدعى عليه فاخوري كان من عداد المحققين وأنّه قام شخصياً بتعذيبه كما وتعذيب معتقلين آخرين.

وتبيّن أنّ الشـاهد الشـيخ عبد الحسـن علي عبد رشـيد فياض أدلى بأنّ المدعى عليه فاخوري هو من قام بتوقيفه وأنّه تعرّض للضـرب في المعتقل ما أدى إلى إسـتئصــال عينه اليسرى.

وتبيّن أنّ الشاهد ياسر يوسف بزي أدلى بأنّ المدعى عليه فاخوري كان مسؤولاً عن كل عمليات التعذيب التي كانت تطال المعتقلين.



٢

| | هامش |
|---|---|

وتبيّن أنّ الشاهد علي عادل جابر بزي أدلى بأنّ المدعى عليه فاخوري أقدم على التحقيق معه وإنّه قام شخصياً بتعذيبه ما أدى إلى إستئصال كليته اليمنى كما وتعذيب معتقلين آخرين.

وتبيّن أنّ الشاهد خليل قاسم هاشم أدلى بأنّ المدعى عليه فاخوري قام بالتحقيق معه وإنّه قام شخصياً بضربه.

وتبيّن أنّ الشاهد عفيف شريف حمود أدلى بأنّ المدعى عليه فاخوري قام بالتحقيق معه وإنّه قام شخصياً بتعذيبه كما وتعذيب والدته أمام عينيه.

وتبيّن أنّ الشاهد أحمد موسى سرور أدلى بأنّ المدعى عليه فاخوري كان يقوم بتعذيب المعتقلين ومن بينهم المرحوم علي عبد الله حمزة وأضاف بأنّه قام شخصياً بتعذيبه.

وتبيّن أنّ الشاهد محمد حسين رمضان أدلى بأنّ المدعى عليه فاخوري أقدم شخصياً على ضربه وقام برمي قنابل دخانية ما أدى إلى وفاة عدد من المعتقلين.

وتبيّن أنّ الشاهد لافي قاسم مصري أدلى بأنّ المدعى عليه فاخوري قام شخصياً بتعذيبه وضربه مرات عدة.

وتبيّن أنّ الشاهد يوسف علي ترمس أدلى بأنّ المدعى عليه فاخوري قام بإعطاء الأمر بتعذيبه.

وتبيّن أنّ الشاهد جهاد حسن حمود أدلى بأنّ المدعى عليه فاخوري كان مسؤولاً عن تعذيب المعتقلين.

وتبيّن أنّ الشاهد أحمد محمد طالب أدلى بأنّ المدعى عليه فاخوري كان مسؤولاً عن تعذيب المعتقلين ما أدى إلى وفاة عدد منهم.

وتبيّن أنّ الشاهد نبيه حسين عواضنة أدلى بأنّ المدعى عليه فاخوري قام بتهديد المعتقلين ومن بينهم هو بالقتل.

وتبيّن أنّ الشاهد عباس عبد المنعم قبلان أدلى بأنّ المدعى عليه فاخوري قام بتعذيب المعتقلين وضربهم.

وتبيّن أنّ الشاهد أنور محمد ياسين أدلى بأنّ المدعى عليه فاخوري قام بضرب وتعذيب المعتقلين وخاصة المعتقل عبد الله حمزة.

القاضي مايا كنعان

هامش

**ثانياً ــ في الأدلّة:**

ولقد تأيّدت هذه الوقائع بالأدلّة الآتية:

١ ـ بالتّحقيقات الأوّليّة والإستطاقيّة.

٢ ــ باعتراف المدعى عليه عامر الياس فاخوري في مرحلة التّحقيق الأوّلي وبمدلول أقواله في مرحلة التحقيق الإستنطاقي.

٣ـ بأقوال الشهود.

٤ـ بنتيجة الدراسة الأمنية.

٥ـ بمجمل التّحقيق.

**ثالثاً ــ في القانون:**

حيث من الثابت بما تقدّم من وقائع وأدلّة أنّ المدعى عليه عامر الياس فاخوري قد أقدم على التجنّد كعميل لدى العدو الإسـرائيلي وعلى التواصــل مع هذا العدو وعلى دخول الى بلاده ــ أي بلاد العدو- بدون إذن وعلى تجنيد أشــخـاص للعمل لصــالـحه وعلى الإستحصال على الجنسية الإسرائيلية وعلى حجز حريّة لبنانيين مع تعذيبهم جسدياً ومعنوياً والتسبب بعاهات دائمة لبعضهم وعلى قتل بعضهم الآخر؛

وحيث إنّ أفعاله المذكورة تنطبق في اوصــافها على الجنايات المنصوص عليها في المواد ٢٧٣ و٢٧٨ و٥٦٩ و٥٥٧ و٥٤٩ من قانون العقوبات والجنحة المنصــوص عليها في المادة ٢٨٥ عقوبات.

**لـذلك،**

**نطلب إلى حضرة قاضي التّحقيق العسكري:**

**أوّلاً ـ إتّهام المدّعى عليه عامر الياس فاخوري بالجنايات المنصـــوص عنها في المواد ٢٧٣ و٢٧٨ و٥٦٩ و٥٥٧ و٥٤٩ من قانون العقوبات وإصدار مذكّرة إلقاء قبض بحقه، والظنّ فيه بالجنحة المنصـــوص عنها والمعاقب عليها بمقتضــى المادة /٢٨٥/ من قانون العقوبات.**

**ثانياً ـ تضـــمينه الرّســـوم والنفقات القانونيّة كافة، وإيجاب محاكمته أمام المحكمة العسكريّة الدائمة بعد إتباع الجنحة بالجنايات بعلّة التلازم.**