# Exhibit B

**The Lebanese Republic**
The Ministry of Justice
-----------
The general prosecutor
Of the Court of Appeal in Nabatiyeh

Number: 1463/91

## Order Paper
## To the first investigating Judge

We, the general prosecutor of the Court of Appeal in Nabatiyeh, after reviewing the documents sent herewith, which is a complaint and a personal claim from Maryam Youssef Fakhoury ___ copy of the medical report and the record of the Marjayoun police officers No. 48 dated 10/26/1991

and when a suspicion of Amer Youssef Fakhoury, mother Josephine, born in 1963, Jdeidet Marjeyoun

That in Jdeidet Marjayoun, on 9/1/1991, he attempted to rape the plaintiff's wife with violence and threat

The felony stipulated in Article 203 Penalties, and after reviewing Articles 50 and 59 of the Code of Criminal Procedure, we request the Investigating Judge to conduct investigations against the aforementioned for the aforementioned crime and to issue an arrest warrant in absentia against him.

25/11/91

**General Directorate of internal Security Forces**

**Command:** Gendarmerie
**Area Command:** Nabatiyeh
**Office:** Marjeyoun
Nb.: 48/302
Date: 10/26/1991

At hour 8:30 of Saturday, twenty six of October year one thousand ninety one.
We first staff Sergeants Fares El Hajj Nb. 9070 and Raef Rezik nb. 8339 from police office of Marjeyoun. Wearing our official uniform, and upon verbal command of our commander and the complaint of M. Fahim Kakhoury from Jdeidet Marjeyoun against his cousin Amer Elias Fakhoury the crime of attempting to assault his wife Intissar Nabih Abou Kassem all of them from Jdeidet Marjeyoun, the complaint was transferred to us under nb. 648/1991 date 09/16/1991.
Proceeded investigation accordingly:

= **Plaintiffs statement** =

My name is Fahim son of Youssef Fakhoury, mother Julie, born in Jdeidit Marjeyoun year 1964 resident there owner of my residence, educated married, sergeant in the Lebanese Armed Forces nb. 30270, joined the SARBA military troop, in southern border my Id register is 17.
On 9/1/1991, during my presence in Beirut .
I knew from my wife the next day at my arrival that defendant Amer Elias Fakhoury who is my cousin and neighbor tried to assault my wife by force in my house, and that left scratches and bruises in different areas of her body.
When I arrived I went to meet the commander of the Marjeyoun Police station, he was not there, instead I was arrested by the Militia of southern Army in Marjeyoun and jailed for 5 days, knowing that the defendant is an officer in the above mentioned Militia. when I left the jail, I filed this complaint at the Attorney General office in Nabatiye, the defendant left Lebanon to the United States via Israel, and his full Identity is Amer son of Elias Fakhoury, his mother Josephine born 1963 Jdeidet Marjeyoun same register Nb. 17, married, and I ask for his prosecution by law, for breaking into my house and assaulting my wife and ordering him to pay all expenses costs and fees. This is my statement.

We read his statement he confirmed and signed Infront of us.

| **Plaintiff** | first sergeant nb. 8339 | first sergeant nb. 9070 |
|---|---|---|
|  | Raef Rezik | Fares El Hajj |

== **Statement of the wife of plaintiff** ==

My name in Intisar daughter of Nabih Abo Kasem, My mother Nelly. Wife of Fahim Fakhoury residing in the same house. Born 1964 Jdeidet Marjeyoun. Educated married Lebanese registered nb. 17. house wife :
In the morning of Sunday Sep 1, 1991, my husband was in Beirut and I was in the house of Elias Fakhoury the father of defended Amer and the uncle of my husband, in a normal visit and at around three afternoon,

| **Plaintiff wife** | first sergeant nb. 8339 | first sergeant nb. 9070 |
|---|---|---|

## Second page
== Follows the statement of the plaintiff's wife ==

I needed to call my husband in Beirut. As I was leaving, while I was heading to my house, which is no more than twenty meters from the defendant's house, in order to change my clothes. As I was leaving, Amer Fakhoury entered his father's house with his wife Michelin, her sister Taghreed and Roudayna his other cousin and Salam Fakhoury and George Abu Kharoub, I greeted them and head to my house and entered the bedroom to prepare my clothes. I remember that before I got home I heard someone asking me about Fahim my husband, so I said that he is in Beirut and I am sure that it was Amer's voice and when I was inside the room, I was surprised by the presence of Amer Fakhouri at the door of the bedroom and I asked him "What's wrong with you, what are you doing here?". He was rude enough to reply that he was here to have sex with me even if it's by force and then he attacked me and I tried to run away but he raced me to the main entrance of the house. I tried to leave using the second door but he raced me there as well and he held me near the bed by force which led to pain in my waist. He tried to take off my clothes so I started screaming for my brother Kasm, while I screamed he left the house threatening. Then, I nearly collapsed and I locked the door from inside and sat down crying. After a while, I heard the door knocking, it was Bassam Fakhoury, my husband's other cousin. I told him what had happened and he asked me not to do anything before my husband comes back. When my husband came back, I told him everything and he tried to file a complaint but he was arrested by the Southern militia Army. After the incident, I headed to Marjeyoun Hospital and I got a medical report (attached). I also want to note that Amer Fakhoury tried to hit on me before when my husband was sick at Marjeyoun Hospital and I continuously refused him. I am accusing Amer Fakhoury with a charge of attempted rape in my house and I am legally suing him, this is my testimony ———————

Her testament was stamped and signed

We called the public prosecutor's office in Nabatieh, Judge Berry he ordered we register the full identity of the Defendant and close the record.

Note: the full identity of Defendant Amer Elias Fakhoury, son of Josephine Abu Kasm, born in Jdeidet Marjeyoun in 1963, living in his father's property, married, educated, register 17 - works as an officer in the militia of South Lebanon army.

Organized and stamped in the mentioned hour and date, in three copies. The first is to be presented with the medical report to the public prosecutor in Nabatiyeh, the second for the head of the General Documents and Archives Office for investigation and the third for preservation.

| First sergeant nb. 8339 | first sergeant nb. 9070 |
| --- | --- |
| Raef Rezik | Fares El Hajj |

1463/1991

## To the first investigative judge in Nabatiyeh

Caller: Fahim Youssef Fakhoury - Jdeidet Marjeyoun

Demand: waiver of personal rights

    I had presented before your esteemed court a lawsuit against the defendant, Amer Elias Fakhoury, on the subject of an attempt to assault my wife during my absence.

    And since the defendant apologized in 3/22/1992 for what he had done from breaking into the house and attempting to assault my wife, in the presence of Mrs. Hashem Najm, Eid Eid and Fawaz Najm.

Therefore,
    I present to you a request for the waiver of my personal rights against the defendant, Amer Elias Al-Fakhouri.

Yours truly,
Fahim Fakhoury

Marjayoun on 9/4/1992

**Marj Ayoun Hospital**
*Bint Jbeil Hospital*
South Lebanon

To whom it may concern,
Medical Report

In 2/9/1991, the lady, Intisar Nabih Abu Kasm, aged 27 years old, came to Marjeyoun Hospital at 4:30PM as she complains from pain in the left side of her waist with muscle pain throughout her body. After the medical examination, it was found that the pain in the mentioned area was caused by external bruising with other scattered bruises, and _ four _ were seen on the left thigh from the inner side with pain in the mentioned area.
She was given the necessary treatment and left the hospital on the same date.

As per requested, I gave this testimony.

الجمهورية اللبنانية
وزارة العدل
المدعي العام
لدى محكمة النبطية الاستئنافية   الى قاضي التحقيق الأول
ورقة طلب

عدد ٢٦٢٤/٢٠١٥

نحن المدعي العام لدى محكمة النبطية الاستئنافية بعد الاطلاع على الاوراق المرسلة طيه وهي تكون داعية بتحقيق حق نعيم يوسف ناطور وسامي حلو وكرم حلو لدى بعض رجال درك مرجعيون برقم ٤٦٤٠٤ تاريخ ٢٨/١٠/٢٠١٥

ولما كان يتبين منها شبهة على عاصي الله يحيى ناطور جدهاعيل والدته جوزفين تولد ١٩٨٧ صيدا...

بانه في جريمة مصرح بها بتاريخ ١/١٠/٢٠١٥ اقدم على فعل اختصاص نسخة المدعى بالصفت والزياد...

الجنائية المنصوص عنها في المادتين ... عقوبات

وبعد الاطلاع على المادتين ٥٠ و ٥٩ من نصوص المحاكمات الجزائية ندعي ونطلب الى حضرة قاضي التحقيق اجراء التحقيقات الاستنطاقية بحق المذكور عن الجريمة المبسوطة اعلاه و...

النيابة العامة

٢٥/١١/٢٠١٥

المديرية العامة لقوى الأمن الداخلي

| | |
|---|---|
| قيادة | ادرك |
| سرية | النبطية |
| فصيلة | مرجعيون |
| مخفر | |
| عدد | ٣٠٢/٤٨ |
| تاريخ | ١٩٩١/١٠/٢٦ |

في الساعة الثامنة والنصف من يوم السبت الموافق للسادس والعشرون من شهر تشرين اول عام الف وتسعمائة و واحد وتسعون نحن الرقيبان الاولان فارس الحاج رقم ١٠٧٠ ورائف رزق رقم ٨٣٣٩ من فصيلة مرجعيون ومرتدين اللباس الرسمي وبناءً لأمر فصيلتنا الشفهي وبناءً للدعوى المقدمة من المدعو فهيم فاخوري من بلدة جديدة مرجعيون ضد ابن عمه المدعو عامر الياس فاخوري بجرم محاولة الاعتداء على زوجته المدعوة انتصار نبيه ابو كسم من جديدة مرجعيون والمحالة الينا برقم ٦٤٨/١١١ تاريخ ١٩٩١/٦/١٦ باشرنا التحقيق على النحو التالي

الموضوع:

محضر تحقيق حول مخالفة الدعوى المقدمة من فهيم يوسف الفاخوري ضد عامر الياس فاخوري جميعهم من جديدة مرجعيون بجرم محاولة اعتداء على زوجة المدعي

=== افادة المدعي ===

اسمي فهيم بن يوسف فاخوري والدتي جولي تولد جديدة مرجعيون عام ١٩٤٠ وعقيلتي ديها بملكي متعلم متأهل رقيب في الجيش اللبناني رقم ٣٠٢٧٠ من عداد مجموعة صربا والملتحقين في تجمع الشرطة الحدودي رقم السجل ١٧ افيد :بتاريخ ١٩٩١/٦/١ اثناء وجودي في بيروت علمت من زوجتي بعد عودتي في اليوم التالي ان المدعى عليه عامر الياس فاخوري وهو ابن عمي وجاري في السكن حاول الاعتداء على زوجتي بالقوة في منزلي وقد سبب لها خدوش ورضوض في بعض انحاء جسمها وبعد حضوري توجهت لمقابلة آمر فصيلة مرجعيون لم يكن موجودا وقد حضر بعد ذلك بعض عناصر جيش لبنان الجنوبي والقوا القبض علي حيث سجنت في الشرطة العسكرية العائد للجيش المذكور في مرجعيون من حيث سجنت خمسة ايام وقد اجرى معي تحقيق حول هذا الحادث من قبل الجيش الجنوبي اريد ان اذكر ان سبب توقيفي يعود لكون المدعى عليه ضابط في الجيش المذكور وعند خروجي من السجن تقدمت بهذه الدعوى في النيابة العامة في النبطية وان المدعى عليه قد غادر لبنان الى الولايات المتحدة عن طريق اسرائيل وان كامل هويته كما يلي : عامر بن الياس فاخوري والدته جوزفين مواليد عام ١٩٦٣ جديدة مرجعيون رقم سجله ١٧ متأهل واني اطلب مقاضاته قانونا *بتهمة التعدي* بتهمة واقتحام منزلي ومحاولة الاعتداء على زوجتي وتحميله كافة الرسوم والمصاريف وهذه افادتي تليت عليه افادته فصدق بها ووقعها معنا

| مدعي | رقيب اول ر ق م ٨٣٣٩ | رقيب اول رقم ١٠٧٠ |
|---|---|---|
| بخظه | رائف رزق | فارس الحاج |

=== افادة زوجة المدعي ===

اسمي انتصار ابنه نبيه ابو كسم والدتي نيللي ج زوجة فهيم فاخوري وعقيلة بسكن واحد مواليد عام ١٩٦٤ جديدة مرجعيون متعلمة متأهلة لبنانية مدبرة منزل افيد : انه صباح يوم الاحد في ١٩٩١/٦/١ كان زوجي في بيروت وانا في منزل الياس فاخوري والد عامر وعم زوجي في زيارة عادية وكانت الساعة حوالي الثا

زوجة المدعي          رقيب اول رقم ٨٣٣٩       رقيب اول ١٠٧٠

صفحة ثانية
( ٢ )

== يتبع افادة زوجة المدعــــــي ==

بعد الظهر وقد كنت انوي الذهاب لاتصل بزوجي في بيروت وعند خروجي توجهت الى القريب الذي لا يبعد اكثر من عشرين مترا "عن منزل المدعى عليه بغية تبديل ملابسي واثناء دخل كل من عامر فاخوري وزوجته ميتلين وشقيقتها تغريد ورودينه عمتهم اولاد المدعو سلاّم فاخوري وجورج ابو خروج ولكن سلمت عليهم وقد هببت الى المنزل ود خلت غرفة النوم لتهيئة ملابسي واود ان اذكر قبل وصولي الى المنزل سمعت احدهم يسالني عن فيهم زوجي فقلت انه في بيروت وانني متاكدة بانه صوت عامر وعند وجودي داخل الغرفة فاذا بي افاجأ بوجود عامر فاخوري في باب ردهة النوم وباله ( شوبياك شو جاي تعمل هون ) فأجابني بوقاحة انه حضر ليمارس الجنس معي ولو بالقوة وهجم علي وحاولت الهرب منه ثم سبقني الى مدخل البيت الرئيسي وحل ولت الخروج من الباب الثاني سبقني اليه ايضا "وامسك بي قرب السرير بالقوة ما سببلي آلآم في خاصرتي. وقد جاول خلع ملابسي فقمت بصراخ لاخي كيم عندها خرج من المنزل مهدد ا "ومتوعد ا "عندها هبت بشية انهيار واقفلت الباب من الداخل وجلست ابكي وبعد فترة سمعت طرق على المد- خل شخص دخل بسام فاخوري وهو ابن عم زوجي الذي اخبرته بما حصل لي فطلب مني عدم التصرة التصرف لحين حضور زوجي وعندما حضر زوجي اخبرته بالحادث وحاول تقديم شكوى ولكنه اوقف من قبل الجيش الجنوبي وبعد الحادثة توجهت الى مستشفى مرجعيون ونلت تقريرا "طبيا "مرفقا بمتطلبه بالدعوى كما اود ان اذكر بأن عامر فاخوري كان قد حاول التحرش لي في السابق عندما كان زوجي مريضا "بمستشفى مرجعيون وكبت اصده باستمرار وأنني ادعي على عامر فاخوري بتهمة محاولة اغتصابي في منزلي واطلب معاقبته قانونا "وهذه افادتي .

تليت عليها افادتها فصدقتها ووقعتها معنا

رقيب اول رقم ٨٣٣٩          رقيب اول رقم ٩٠٧٠
رائف رزق                 فارس الحاج
                                بخطها
 مدعيــــــة

اتصلنا بجانب النيابة العامة في النبطية بشخص الاستاذ بري قا فأمر باخذ كامل هوية المدعى عليه وختم المحضر وتم ذلك .

نظمو ملاحظـــة : ان كامل هوية المدعى عليه عامر بن الياس فاخوري والدته جوزفين ابوكسم مواليد جديدة مرجعيون عام ١٩٦٣ ومقيم فيها ملك والده ، متاهل متعلم لبناني سجل ١٧ – يعمل ضابط في جيش لبنان الجنوبي .

نظم وختم بالساعة والتاريخ المذكورين اوله على ثلاث نسخ تقدم الاولى مع التقرير الطبي لحضرة الناء ب العام الاستئنافي في النبطية والثانية لرئيس مكتب استندات والمحفوظات العام بالتحريك في
والثالثة للحفظ .

رقيب اول رقم ٨٣٣٩          رقيب اول رقم ٩٠٧٠
رائف رزق                 فارس الحاج

جانب قاضي التحقيق الأول في النبطية المحترم

بواسطة الإدعاء العام مرجعيون

المدعي: فهيم يوسف ناصوري - جديدة مرجعيون

الطلب: إسقاط حق شخصي

كنت تقدمت لدى وكيلكم الموقرة بدعوى ضد المدعى عليه عامر الياس ناصوري بموضوع جدولي إعتداء على زوجتي إنشاد غانم، ولما كان المدعى عليه قد أقدم بتاريخ 22/3/1992 واعتذر مما بدر منه عن اقتحام المنزل ومحاولة الاعتداء عن زوجتي، وذلك بحضور كل من السادة هاشم نعيم عيسى وقاسم.

لذلك

فاني اتقدم ذا حضرتكم بطلب الاسقاط لحقي الشخصي عن المدعى عليه عامر الياس ناصوري

وتفضلوا بقبول الاحترام

فهيم ناصوري

مرجعيون في 9/4/1992

Marj Ayoun Hospital
Bint Jbeil Hospital
South Lebanon

رجعيون
بنت جبيل
جنوب لبنان

لمن يهمه الأمر

تقرير طبي

لقد حضرت السيدة بتاريخ ٦/٥/٩٥ انتصار يتيم ابو كمل عمرها ٤٧ سنة الى مستشفى مرجعيون الساعة الرابعة والنصف بعد الظهر وهي تشكو من الم في الحاجزة اليسرى مع الم عضلي بعروق في جميع انحاء جسمها وبعد الفحص الطبي يبين ان الالم في المنطقة تاريخ ٤ طابع على الفخذ الايسر من الجهة الداخلية مع آلام في المنطقة المذكورة
اعطيت العلاج اللازم وغادرت المستشفى بنفس التاريخ
للطلب اعطيت هذه الافادة

الدكتور
[توقيع]

FORM