Exhibit C

**Republic of Lebanon**
**Ministry of Justice**
**Department of forensic Doctors**          Cell phone : 03-249366

Time: 15:45  Date: september13,2019
Medical forensic report on assault

Submitted by: Dr. Adnan Diab
Submitted to: Military Public Prosecution
Defendant's/Alleged Assaulted  First name & Surname: Amer Fakhoury

Father's name: Elias

Date of Birth: 1963 Nationality: Lebanese Record number: 17 Marjayoun
----------------------
----------------------
Means and circumstances of the assault (based on the victim's statement):
**Arrested at the military court**

Coroner's examination (precise specification of injuries):
- The examined is tall above medium, of an athletic muscular physique and apparently in good health.
- Clinical examination, heart : Regular heartbeats of 83 beats per minute
- Normal breathing, Blood Pressure: normal 13/8
- Does not suffer from any apparent anemia
- Does not have any chronic illness or pain
- Very mild scratches on the left cheek
- Very mild redness on both left and right side of the neck.


Time expected to recover:
Arrested is in good health and does not have any chronic illness or major significant injuries.

Signature
Forensic
Dr Adnan Diad 68/D

الجمهورية اللبنانية
وزارة العدل
مصلحة الطب الشرعي والأدلة الجنائية

خلدي ٦٦‏/٢٤٩٣ - ٣-٠

الساعة ٠٥.٢٠ - التاريخ ١٣/٩/٢٠١٩

**تقرير الطبيب الشرعي حول ضرب وإيذاء**

مرفوع من الطبيب الشرعي: د. عباس دياب
إلى الجهة الطالبة: النيابة العامة العسكرية
اسم المعتدى عليه (ها) رشيدته (ها): عامر القاضي
الأب: الياس   الأم: ميرتا
محل وتاريخ الولادة: ١٩٦٣   الجنسية: لبناني   رقم السجل:
العنوان: لبناني

**ظروف الاعتداء**

تاريخ حصول الحادث: -/-/-
مكان حصول الحادث: ....
نوع ووسيلة الاعتداء:  تهديدات كلامية ☒   بواسطة الضرب ☒   بواسطة سلاح ناري ☐
بواسطة سلاح أبيض ☐   نوعه ....
بواسطة آلة حادة ☐   نوعها ....
بواسطة آلة صلبة ☐   نوعها ....

كيفية وظروف حصول الحادث (حسب إفادة المعتدى عليه):
حصل ذلك أمام المحكمة العسكرية

كشف الطبيب الشرعي (بتحديد أماكن الإصابة بدقة):
- المعاين ذو خاتم فوق المشط وذو علامات رضّية على ذراعيه وعلى ظهره
- النبض السريع - القلب ضربات منتظمة وعادية ٨٤ بالدقيقة
- البشرة طبيعية / ضغط الدم ١٣/٨ طبيعي
- حكم جيد لعنه عادي - لا يوجد مقدم طارئ
- لا يشكو من ألم مرض مزمن ولا من أي أوجاع
- مروس سطحي صدري من الزاوية اليسرى سطحي جداً
- احمرار في الكتف الأيمن بشكل سطحي جداً
- احمرار في الرضفة من الكفين اليمنى واليسرى بشكل سطحي جداً

الفحوصات التكميلية الضرورية واللازمة:

المدة المتوقعة للشفاء والتعطيل عن العمل:
موقوف بسبب جيد ولا يشكو من أي مرض مزمن أو إصابات أو أذى بكل
ضرر أو أذى المهم

توقيع الطبيب الشرعي
الدكتور
طبيب شرعي

أنا الموقع أدناه ........ (الشخص المعاين، والده، شقيقه، ....) أصرح بأن المعاينة أجريت
من قبل الطبيب الشرعي د. عباس دياب .... (اسم الطبيب الشرعي) ..... وبأنه لم يتعرض عليه القوانين المرعية الإجراء