# Exhibit D

No. 676/19

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs and brings to the attention of the Ministry the serious deterioration in the health of U.S. citizen Amer Fakhoury, detained in Lebanon since September 12, 2019, and currently in the Military Hospital in Beirut.

Since the week of November 3, 2019, Mr. Fakhoury has required increasingly intensive medical care for severe abdominal pain. The Military Prison's head physician provided the results of his medical tests to Mr. Fakhoury's family and U.S. physician on November 13. According to his U.S. physician, the results show credible signs that he may be suffering from lymphoma cancer. Given the seriousness of this condition, the U.S. doctor recommends Mr. Fakhoury's immediate return to the United States for specialized treatment.

The Embassy of the United States of America concurs. Mr. Fakhoury's continued incarceration under these circumstances may prevent a reasonable recovery or cause further deterioration in his condition. The Embassy therefore requests Mr. Fakhoury's immediate release on humanitarian grounds.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs the assurances of its highest consideration.

Embassy of the United States of America

Beirut, November 15, 2019



DIPLOMATIC NOTE