# Exhibit E

On this date the military Court ordered **dismissal of the case** of Amer Elias El Fakhoury his mother Josephine.

He was prosecuted on the basis that in the Lebanese territory and outside, during his period as warden of El Khiam detention prison, before 1998, he ordered suppression of protests of the detainees by force and using violence, that led to the death of Ibrahim Abou Ezzet and Bilal Salman in year 1989, using extensive ways of torture and treating detainees inhumanly, accomplice and order all kinds of torture on several detainees, including Ali Hamza whom he ordered kidnapping and disappearance , crimes of 549 and 549/201 and 569 of the criminal code.

Reason for dismissal is the 10 years status of limitations for Public Prosecution Article 10 criminal procedure

HE was arrested by order of arrest warrant nb. 225/14381 Sep 17, 2019.

## Therefor

Whom it concern, we order to release him in case he is not arrested for a different reason.

President of Military Court

16/03/2020

بتاريخه صدرت المحكمة العسكرية الحكم بحق المتهمين بحق المتهم
عامر الياس العلا موسى وملاحقه مجموعة
منها اسمه الحمد انتمى للشامية اللبنانية وحامل سلاح على سيد الحنام ما على
العلام محمد وأقدم على فتح اسماعيل عام على الاسرى والحسن حاصة اتخذ الى وداء الدين
ابراهيم انور مرة ربابك السلمان في العام ١٩٨٩، وعماية وربط التعذيب على الاسرى وتعذيب
معاملة بوحشية على المعاركة أنا الايمان على ابناء الاسرى، على تعذيبه الكبير
على جرمه وسندرم خلوص وأحكام .. بجرم الملف رقم ٥٤٢/٢٤٩ و ٥٧٩٥/١ عشرسنوات

بذلك استعمل معرفة العلم العام عبد الرحمن العسكري سنة١ ملة ٢٠٥٦
للدعوة المشار اليها بالرقم ٦٣٥/١٩ ع تاريخ ١٧/٩/٢٠١٩ ع
١٢٢٨١                         م٢٠١٩/٩/١٧

لذلك

للتعمل بالامانة سلامه يرجى لاعلام سيلد ان لم يكن منزلها بذلك آخر