**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------------X

ESTATE OF AMER FAKHOURY, *et al.*,

                            Plaintiffs,

               -against-

ISLAMIC REPUBLIC OF IRAN, *et al*,

                            Defendants.

Docket No:
21-cv-1218 (JDB)

-------------------------------------------------------------------X

**<u>ORDER</u>**

      Plaintiffs having moved for an order striking Intervenor's sur-reply filing (Dkt. 16), it is:

      ORDERED that Intervenor's sur-reply filing, Dkt 16, is stricken, and the Clerk shall delete same from the docket of this case.

                                                                U.S.D.J.                    date