UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF AMER FAKHOURY, by
Micheline Elias, Administrator, et al.,

    Plaintiffs,

    v.

ISLAMIC REPUBLIC OF IRAN,

    Defendant.

Civil Action No. 21-1218 (JDB)

**ORDER**

Plaintiffs, family members of an individual who was allegedly abducted and tortured by Hezbollah in September 2019, brought this action against the Islamic Republic of Iran ("Iran") under the Foreign Sovereign Immunities Act. The case has been pending since May 2021. Service was effected on Iran in June 2023 and Iran's answer was due in August 2023. Iran has not appeared or defended the action. Although more than eight months have now passed since Iran's answer was due, plaintiffs have yet to move for default judgment. Plaintiffs have repeatedly represented that they plan to file such a motion imminently but have not done so. Plaintiffs have also missed three successive Court-imposed deadlines to file status reports. See Nov. 21, 2023 Min. Order; Jan. 18, 2024 Min. Order; Mar. 15, 2024 Min. Order.

Accordingly, it is hereby

**ORDERED** that plaintiffs shall, by not later than May 24, 2024, either file their motion for default judgment or else show cause why this case should not be dismissed for failure to prosecute. See Peterson v. Archstone Communities LLC, 637 F.3d 416, 418 (D.C. Cir. 2011); LCvR 83.23.

**SO ORDERED.**

1

/s/
JOHN D. BATES
United States District Judge

Dated: <u>May 3, 2024</u>