UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF AMER FAKHOURY et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN,**<br><br>Defendant. | Civil Action No. 21-1218 (JDB) |

## ORDER

Upon consideration of [40] the plaintiffs' motion for default judgment, [48] the plaintiffs' supplemental memorandum on damages, and the entire record herein, and for the reasons set forth in [46] and [50] the Court's memorandum opinions, it is hereby

**ORDERED** that [40] the motion for default judgment is **GRANTED**, and judgment is entered in favor of the plaintiffs; it is further

**ORDERED** that the plaintiffs are awarded compensatory damages in the following amounts: to the estate of Amer Fakhoury, $1,500,000 in pain and suffering damages and $613,500 in prejudgment interest, for a total of $2,113,500; to Micheline Elias, $1,000,000 in solatium damages and $409,000 in prejudgment interest, for a total of $1,409,000; to Amanda Fakhoury, $750,000 in solatium damages and $306,750 in prejudgment interest, for a total of $1,056,750; to Guila Fakhoury, $750,000 in solatium damages and $306,750 in prejudgment interest, for a total of $1,056,750; to Macy Fakhoury, $750,000 in solatium damages and $306,750 in prejudgment interest, for a total of $1,056,750; and to Zoya Fakhoury, $750,000 in solatium damages and $306,750 in prejudgment interest, for a total of $1,056,750; it is further

**ORDERED** that the plaintiffs are awarded punitive damages in the following amounts: to the estate of Amer Fakhoury, $2,113,500; to Micheline Elias, $1,409,000; to Amanda Fakhoury, $1,056,750; to Guila Fakhoury, $1,056,750; to Macy Fakhoury, $1,056,750; and to Zoya Fakhoury, $1,056,750.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 1, 2025