CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Estate of Amer Fakhoury, et al.

                              Plaintiff(s)

vs.                                                     Civil Action No.: 21-cv-01218

Islamic Republic of Iran

                              Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the default judgment (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Director, Special Consular Services
US Department of State
CA/OCS/L, SA-17, 10th floor
Washington, DC 20522

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by 28 U.S.C. § 1608(a)(4).

Robert J. Tolchin, Esq.
The Berkman Law Office, LLC
829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627
rtolchin@berkmanlaw.com